No. —. BETZ *v.* UNITED STATES. April 3, 1944. Petition denied.

No. —. MINNTOLE *v.* JOHNSTON, WARDEN. April 3, 1944. Motion for leave to file petition for writ of habeas corpus denied.

No. —. SMITH *v.* BIDDLE, ATTORNEY GENERAL. April 3, 1944. Motion for leave to file petition for writ of certiorari denied.

No. —. UNITED STATES EX REL. TIGNEY *v.* RAGEN, WARDEN; and
No. —. NEW YORK EX REL. VIALVA *v.* WEBSTER, SUPERINTENDENT. April 10, 1944. Applications denied.

No. —. ILLINOIS EX REL. SULLIVAN *v.* RAGEN, WARDEN; and
No. —. EX PARTE ALLAN LAMBUS. April 10, 1944. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 493. BAUMGARTNER *v.* UNITED STATES. January 17, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Carl Wilhelm Baumgartner, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for the United States.